# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Matthew Joel Chan,<br>Shannon Christine Chan<br>aka Shannon Christine Rettig,<br><br>Debtor(s). | Chapter 13<br><br>Case No.:   16-60348 |

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Wells Fargo Bank, N.A. for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

      Lots 1 and 2, Block 7, Original Townsite (now City) of Carlos
Subject to that certain mortgage dated October 12, 2012, and recorded in the Office of the Douglas County Recorder on October 15, 2012, as Document Number 351530.

3.      Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

DATED: *November 10, 2019*　　　　　　　　　　*/e/ Michael E. Ridgway*
　　　　　　　　　　　　　　　　　　　　　　Michael E. Ridgway
　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/12/2019*
Lori Vosejpka, Clerk, by SLS